■ Millennium Holdings LLC, Plaintiff, and The Northern Assurance Company of America, Appellant, and Certain Underwriters at Lloyd's et al., Intervenor-Appellants, v The Glidden Company, Now Known as Akzo Nobel Paints, et al., Respondents. [995 NYS2d 501]—An appeal having been taken to this Court by the above-named appellant from orders of the Supreme Court, New York County (Shirley Werner Kornreich,

J.), entered November 26, 2013, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the orders so appealed from be and the same are hereby affirmed for the reasons stated by Kornreich, J. Concur—Sweeny, J.P., Renwick, Andrias, Moskowitz and Manzanet-Daniels, JJ.